UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:                             CASE NUMBER: 23-30472
JOBY D POPENFOOSE                             CHAPTER 13
AMANDA POPENFOOSE
Debtors

## SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN

At South Bend, Indiana on August 8, 2023.

On April 25, 2023, Joby and Amanda Popenfoose, by counsel, filed the Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

The Chapter 13 Trustee was the only party in interest who timely filed an objection to confirmation of the Debtors' Plan. On July 13, 2023, the Court held a hearing on confirmation of the Plan at which time counsel for the Trustee, advised the Court of an agreement that had been reached with the Debtors, thereby satisfying the Trustee's objections to confirmation.

Reviewing the Debtors' Plan and the terms of the parties' agreements, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.

2. Debtors will provide their attorney and the Trustee a copy of the federal and state tax returns required under applicable law at the same time they file the return with the taxing authority to comply with 11 U.S.C. § 521(f)(1) and turn over the required

amount of refunds due under the confirmed plan within 14 days of receipt of the refund.

3. Debtors will report any additional household income from any source, including new employment for Debtor 2.

4. Debtors do not owe 2022 tax refunds to the estate as they are fully exempt.

All other provisions of the Debtors' Plan not in conflict with the foregoing modifications remain in full force and effect.

The Court further orders that the Debtors' attorney is awarded a fee of $4,000.00 as an administrative expense under 11 U.S.C §503(b)(1)(A), of which $4,000.00 is due and payable from the estate.

APPROVED:

/s/Katherine E. Iskin
Katherine E. Iskin (33679-71),
Counsel to P. Chael, Interim Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313

/s/ Adam Golden
Attorney for Debtors
822 Mill Lake Road
Fort Wayne, IN 46845
(260) 637-7100

SO ORDERED.

*Paul E. Singleton*
HON. PAUL E. SINGLETON, JUDGE
UNITED STATES BANKRUPTCY COURT